CLYDE DOMINA *v.* G. O. PRATT.

February Term, 1940.

Present: MOULTON, C. J., SHERBURNE, BUTTLES, STURTEVANT and
JEFFORDS, JJ.

Opinion filed May 7, 1940.

*Austin & Edmunds* for the defendant.

*Shangraw & Brown* and *M. H. Alexander* for the plaintiff.

MOULTON, C. J.   The plaintiff in this action is the father of
the plaintiff in *Domina* v. *Pratt, ante,* p. 166, 13 Atl. 2d. 198,
and seeks to recover from the same defendant the expenditures
claimed to have been caused by the latter's negligent diagnosis
and treatment of the child.   The verdict below was for the plain-
tiff, and the cause is here on the defendant's exceptions, which
raise the same questions which we have passed upon in the
former opinion. That decision is controlling here, for the reasons
therein given.

*Judgment reversed and cause remanded.*